**Fill in this information to identify the case:**

Debtor name  **Border Medical Specialists, P.A.**

United States Bankruptcy Court for the:  **WESTERN DISTRICT OF TEXAS**

Case number (if known)  **16-31056**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................... $   0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................... $   4,526,521.20

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................... $   4,526,521.20

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................. $   4,627,303.90

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................... $   100,000.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................... +$   11,124,961.59

4. **Total liabilities** ....................................................
   Lines 2 + 3a + 3b     $   15,852,265.49

Software Copynght (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Border Medical Specialists, P.A.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS

Case number (if known) **16-31056**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:  Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | United Bank of El Paso Del Norte | Checking | 9369 | $8,000.00 |

4. Other cash equivalents *(Identify all)*

5. **Total of Part 1.** $8,000.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:  Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. Deposits, including security deposits and utility deposits
   Description, including name of holder of deposit

8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
   Description, including name of holder of prepayment

| 8.1. | Foundation Surgical Hospital of El Paso (Account is in dispute) | $240,000.00 |
|---|---|---|

9. **Total of Part 2.** $240,000.00
   Add lines 7 through 8. Copy the total to line 81.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Border Medical Specialists, P.A.** | Case number *(if known)*  **16-31056** |
|---|---|---|
| | Name | |

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

        11a. 90 days old or less:     **467,072.36**    -           **0.00**  = ....         **$467,072.36**
                          face amount                   doubtful or uncollectible accounts

        11b. Over 90 days old:     **1,272,506.84**    -           **0.00**  = ....     **$1,272,506.84**
                          face amount                   doubtful or uncollectible accounts

12.     **Total of Part 3.**                                    **$1,739,579.20**
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials | | | | |
| 20. | Work in progress | | | | |
| 21. | Finished goods, including goods held for resale | | | | |
| 22. | Other inventory or supplies Supplies in cancer radiology practice. See attached list of equipment, furniture, fixtures, for identification purposes. | | $0.00 | | $10,000.00 |

23.     **Total of Part 5.**                                    **$10,000.00**
        Add lines 19 through 22.  Copy the total to line 84.

24.     **Is any of the property listed in Part 5 perishable?**
        ■ No
        ☐ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
        ☐ No

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 2

| Debtor | **Border Medical Specialists, P.A.** | Case number (if known) | **16-31056** |
|---|---|---|---|
| | Name | | |

| ■ Yes. Book value | **0** | Valuation method | **cost** | Current Value | **3000** |
|---|---|---|---|---|---|

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **See attached** | **$40,000.00** | **FMV** | **$40,000.00** |
| | **Theater prints damaged in South Dakota fire** | **$0.00** | | **$4,000.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **See attached. Value much higher if practice can be sold as a going concern.** | **$0.00** | **FMV** | **$14,000.00** |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1.  **Office Artwork** | **$10,000.00** | **Liquidation** | **$10,000.00** |
| 43. | **Total of Part 7.** Add lines 39 through 42. Copy the total to line 86. | | | **$68,000.00** |

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ■ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. Does the debtor own or lease any machinery, equipment, or vehicles?

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Border Medical Specialists, P.A.** | | Case number *(if known)* **16-31056** |
|---|---|---|---|
| | Name | | |

| | General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | 47.1. **2008 Dodge Sprinter Wagon**<br>**WDWPE7588240154 (with lift)** | **$12,000.00** | Blue Book | **$12,000.00** |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>2 Radiation vaults, linear accelerator, CT<br>Scanner, examining table | **$0.00** | | **$1,040,000.00** |
| 51. | **Total of Part 8.**<br>Add lines 47 through 50. Copy the total to line 87. | | | **$1,052,000.00** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Border Medical Specialists, P.A.**                    Case number *(if known)* **16-31056**
         Name

| | | | |
|---|---|---|---|
| 55.1. | Lease of 1400 George Dieter #170 El Paso, Texas 7,500 sq. ft. from Foundation Health Care REIT. Land lease for two cancer equipment vaults. Lease of 7825 N. Mesa, El Paso, TX from Ladida Land Co., Inc. | $0.00 | $0.00 |

**56.**   **Total of Part 9.**                                                                                      **$0.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57.**   **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.**   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:**   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

                                                                           **Current value of debtor's interest**

**71.**   **Notes receivable**
Description (include name of obligor)
**Patient files, patient caseload. Could**          **0.00** -         **0.00** =
**be sold as part of a going concern**          Total face amount   doubtful or uncollectible amount
**sale, though patients are free to take**
**their files and cases elsewhere.**                                                         **$0.00**

**72.**   **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**Federal Tax Losses**                              Tax year **2010**                      **$718,942.00**

**73.**   **Interests in insurance policies or annuities**

**74.**   **Causes of action against third parties (whether or not a lawsuit has been filed)**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 5

Debtor  **Border Medical Specialists, P.A.**
Name                                                    Case number (if known) **16-31056**

    **Unliquidated claim for construction fraud against**
    **Kekoka, Inc., LLC**                                                                                    **$450,000.00**
    Nature of claim
    Amount requested        **$450,000.00**

75.    **Other contingent and unliquidated claims or causes of action of**
    **every nature, including counterclaims of the debtor and rights to**
    **set off claims**
    **Unliquidated claim for overpaid rent, against**
    **Foundation Healthcare REIT**                                                                      **$240,000.00**
    Nature of claim
    Amount requested        **$0.00**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
    country club membership

78.    **Total of Part 11.**                                                                                          **$1,408,942.00**

    Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

Debtor    **Border Medical Specialists, P.A.**          Case number *(If known)*  **16-31056**
          Name

<span style="background:black;color:white">Part 12:</span>    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1 | $8,000.00 | |
| 81. | **Deposits and prepayments.** Copy line 9, Part 2. | $240,000.00 | |
| 82. | **Accounts receivable.** Copy line 12, Part 3. | $1,739,579.20 | |
| 83. | **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. | **Inventory.** Copy line 23, Part 5. | $10,000.00 | |
| 85. | **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $68,000.00 | |
| 87. | **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $1,052,000.00 | |
| 88. | **Real property.** Copy line 56, Part 9.............................................................> | | $0.00 |
| 89. | **Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| 90. | **All other assets.** Copy line 78, Part 11. | + $1,408,942.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $4,526,521.20 | + 91b.  $0.00 |
| 92. | **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,526,521.20 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**2015 DEPRECIATION AND AMORTIZATION REPORT**

**- CURRENT YEAR FEDERAL -  BORDER MEDICAL SPECIALISTS, P.A.**
**DBA CANCER TREATMENT INSTITUTE**

| Asset No. | Description | Date Acquired | Method | Life | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Current Sec 179 | Current Year Deduction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | 0. |
| | | | | | | | | | | | | 0. |
| | | | 200DB | 5.00 | 19B | | | | | | | 0. |
| * | OTHER TOTAL - | | | | | 173,953. | | | 173,953. | 74,065. | | 0. |
| 2 | MEDICAL EQUIPMENT | 08 01 08 | 200DB | 5.00 | 17 | 353,758. | | | 353,758. | 353,758. | | 0. |
| 4 | ECLIPSE WORKSTATION | 10 31 05 | 200DB | 7.00 | 17 | 78,265. | | | 78,265. | 76,079. | | 0. |
| 5 | COMPUTER EQUIPMENT | 10 31 05 | 200DB | 5.00 | 17 | 31,184. | | | 31,184. | 29,993. | | 0. |
| 7 | ULTRASOUND EQUIPMENT | 04 30 05 | 200DB | 7.00 | 17 | 25,177. | | | 25,177. | 25,177. | | 0. |
| 8 | DELL COMPUTER | 08 30 05 | 200DB | 5.00 | 17 | 14,594. | | | 14,594. | 14,405. | | 0. |
| 9 | SERVER & TAPE DRIVE | 09 30 05 | 200DB | 5.00 | 17 | 13,268. | | | 13,268. | 13,095. | | 0. |
| 10 | CHILLER | 12 04 06 | 200DB | 7.00 | 17 | 10,541. | | | 10,541. | 10,540. | | 0. |
| 11 | 6 COMPUTERS & HUB | 06 30 05 | 200DB | 5.00 | 17 | 10,823. | | | 10,823. | 10,823. | | 0. |
| 12 | EQUIPMENT | 05 07 08 | 200DB | 5.00 | 17 | 9,614. | | | 9,614. | 9,614. | | 0. |
| 13 | SALES TAX ON EQUIPMENT | 01 31 05 | 200DB | 7.00 | 17 | 11,444. | | | 11,444. | 11,444. | | 0. |
| 14 | CHILLER | 07 30 05 | 200DB | 7.00 | 17 | 10,541. | | | 10,541. | 10,442. | | 0. |
| 15 | EQUIPMENT | 06 02 08 | 200DB | 5.00 | 17 | 5,661. | | | 5,661. | 5,661. | | 0. |
| 16 | BOWFLEX WEIGHT SCALE | 05 31 05 | 200DB | 7.00 | 17 | 1,944. | | | 1,944. | 1,944. | | 0. |

(D) - Asset disposed                    * ITC, Section 179, Salvage, Bonus, Commercial Revitalization Deduction

2015 DEPRECIATION AND AMORTIZATION REPORT

## - CURRENT YEAR FEDERAL -    BORDER MEDICAL SPECIALISTS, P.A.
### DBA CANCER TREATMENT INSTITUTE

| Asset No. | Description | Date Acquired | Method | Life | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Current Sec 179 | Current Year Deduction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | NETWORK HUB | 093005 | 200DB | 5.00 | 17 | 4,712. | | | 4,712. | 4,650. | | 0. |
| 18 | EQUIPMENT | 060208 | 200DB | 5.00 | 17 | 3,953. | | | 3,953. | 3,953. | | 0. |
| 19 | 6 MONITORS | 063005 | 200DB | 5.00 | 17 | 3,892. | | | 3,892. | 3,892. | | 0. |
| 20 | SALES TAX ON LEASED EQUIPMENT | 113004 | 200DB | 5.00 | 17 | 12,802. | | | 12,802. | 12,802. | | 0. |
| 21 | MEDICAL EQUIPMENT | 050708 | 200DB | 5.00 | 17 | 3,135. | | | 3,135. | 3,135. | | 0. |
| 22 | SALES TAX | 103105 | 200DB | 7.00 | 17 | 3,816. | | | 3,816. | 3,709. | | 0. |
| 23 | DELL COMPUTER | 013105 | 200DB | 5.00 | 17 | 3,245. | | | 3,245. | 3,245. | | 0. |
| 24 | DELL COMPUTER | 033105 | 200DB | 5.00 | 17 | 2,461. | | | 2,461. | 2,461. | | 0. |
| 25 | TOSHIBA LAPTOP WELLNESS CTR | 013105 | 200DB | 5.00 | 17 | 2,120. | | | 2,120. | 2,120. | | 0. |
| 26 | EQUIPMENT | 112106 | 200DB | 7.00 | 17 | 1,402. | | | 1,402. | 1,347. | | 0. |
| 27 | DELL COMPUTER | 022805 | 200DB | 5.00 | 17 | 1,258. | | | 1,258. | 1,258. | | 0. |
| 28 | DELL COMPUTER | 033105 | 200DB | 5.00 | 17 | 1,238. | | | 1,238. | 1,238. | | 0. |
| 29 | SOFTWARE SUPPORT | 060208 | 200DB | 3.00 | 17 | 7,325. | | | 7,325. | 7,325. | | 0. |
| 30 | FURNITURE | 103104 | 200DB | 7.00 | 17 | 829. | | | 829. | 829. | | 0. |
| 31 | GE #7 | 030107 | 200DB | 7.00 | 17 | 1,410,871. | | | 1,410,871. | 1,410,871. | | 0. |
| 32 | VAULT WEST | 120406 | 200DB | 7.00 | 17 | 502,603. | | | 502,603. | 455,733. | | 0. |
| 33 | COMPUTER EQUIPMENT ULTRASOUND | 012307 | 200DB | 7.00 | 17 | 36,197. | | | 36,197. | 30,049. | | 0. |
| 34 | EQUIPMENT | 043005 | 200DB | 7.00 | 17 | 25,624. | | | 25,624. | 25,624. | | 0. |

533102
04-01-15

(D) - Asset disposed

* ITC, Section 179, Salvage, Bonus, Commercial Revitalization Deduction

**2015 DEPRECIATION AND AMORTIZATION REPORT**

**- CURRENT YEAR FEDERAL -    BORDER MEDICAL SPECIALISTS, P.A.**

**DBA CANCER TREATMENT INSTITUTE**

| Asset No. | Description | Date Acquired | Method | Life | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Current Sec 179 | Current Year Deduction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35 | IMRT HARDWARE | 103105 | 200DB | 7.00 | 17 | 2,811. | | | 2,811. | 2,640. | | 0. |
| 36 | VACUUM | 123104 | 200DB | 7.00 | 17 | 1,076. | | | 1,076. | 1,076. | | 0. |
| 37 | FILSTRINE MACHINE | 022807 | 200DB | 7.00 | 17 | 4,801. | | | 4,801. | 4,312. | | 0. |
| 38 | MED TEC | 032707 | 200DB | 7.00 | 17 | 5,690. | | | 5,690. | 5,110. | | 0. |
| 39 | SCANNER | 052107 | 200DB | 7.00 | 17 | 1,197. | | | 1,197. | 1,075. | | 0. |
| 40 | PORTAL DES SYS | 101206 | 200DB | 5.00 | 17 | 43,000. | | | 43,000. | 41,725. | | 0. |
| 41 | COPY PRINTER | 102407 | 200DB | 7.00 | 17 | 2,958. | | | 2,958. | 2,655. | | 0. |
| 107 | EQUIPMENT | | | 200DB | 5.00 | 19B | | | | | | 0. |
| 111 | DESIGNERS MART | 092810 | 200DB | 5.00 | 17 | 58,535. | | 58,535. | | | | 0. |
| 113 | REFRIDERATOR | 121510 | 200DB | 5.00 | 17 | 14,147. | | 14,147. | | | | 0. |
| 119 | LIGHTSPEED RT16 INJECTOR - GE LEASE | 022811 | 200DB | 5.00 | 17 | 994,404. | | 994,404. | | | | 0. |
| 120 | MAPCHECK2 EQUIPMENT - GE LEASE | 063011 | 200DB | 5.00 | 17 | 123,035. | | 123,035. | | | | 0. |
| 125 | SBRT BODY - GE LEASE | 080111 | 200DB | 5.00 | 17 | 156,778. | | 156,778. | | | | 0. |
| 127 | VARIAN EQUIPMENT | 101112 | 200DB | 5.00 | 17 | 3,000. | | 1,500. | 1,500. | 987. | | 205. |
| 132 | DELL COMPUTER | 103113 | 200DB | 5.00 | 17 | 2,595. | | 1,298. | 1,297. | 674. | | 249. |
| 134 | DELL COMPUTER | 100814 | 200DB | 5.00 | 17 | 1,677. | | 839. | 838. | 42. | | 318. |
| | * OTHER TOTAL - | | | | | 4,125,001. | | 1,350,536. | 2,774,465. | 2,709,580. | | 772. |
| 42 | FURNITURE | 043007 | 200DB | 7.00 | 17 | 15,919. | | | 15,919. | 14,294. | | 0. |

829102
04-01-16

(D) - Asset disposed

* ITC, Section 179, Salvage, Bonus, Commercial Revitalization Deduction

**2016 DEPRECIATION AND AMORTIZATION REPORT**

**– CURRENT YEAR FEDERAL –   BORDER MEDICAL SPECIALISTS, P.A.**
**DBA CANCER TREATMENT INSTITUTE**

| Asset No. | Description | Date Acquired | Method | Life | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Current Sec 179 | Current Year Deduction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 43 | SHUTTERS | 063005 | 200DB | 7.00 | 17 | 1,200. | | | 1,200. | 1,200. | | 0. |
| 44 | SHUTTERS | 083105 | 200DB | 7.00 | 17 | 1,200. | | | 1,200. | 1,189. | | 0. |
| 45 | MODULAR FURNITURE | 100106 | 200DB | 7.00 | 17 | 9,843. | | | 9,843. | 9,459. | | 0. |
| 46 | FURNITURE AMERICAN | 063006 | 200DB | 7.00 | 17 | 9,328. | | | 9,328. | 9,328. | | 0. |
| 47 | OFFICE FURNITURE | 033105 | 200DB | 7.00 | 17 | 10,983. | | | 10,983. | 10,983. | | 0. |
| 48 | ORIENTAL RUG | 083105 | 200DB | 7.00 | 17 | 10,000. | | | 10,000. | 9,907. | | 0. |
| 49 | JUKEBOX | 040803 | 200DB | 7.00 | 17 | 7,055. | | | 7,055. | 7,055. | | 0. |
| 50 | OFFICE FURNITURE | 033105 | 200DB | 7.00 | 17 | 5,000. | | | 5,000. | 5,000. | | 0. |
| 51 | DECORATIONS | 013105 | 200DB | 7.00 | 17 | 3,695. | | | 3,695. | 3,695. | | 0. |
| 52 | OFFICE FURNITURE | 103105 | 200DB | 7.00 | 17 | 3,020. | | | 3,020. | 2,936. | | 0. |
| 53 | MIRRORS | 050503 | 200DB | 7.00 | 17 | 4,399. | | | 4,399. | 4,399. | | 0. |
| 54 | 12 CHAIRS | 033106 | 200DB | 7.00 | 17 | 2,316. | | | 2,316. | 2,316. | | 0. |
| 55 | CHAIRS | 032805 | 200DB | 7.00 | 17 | 2,581. | | | 2,581. | 2,581. | | 0. |
| 56 | FILE CABINETS | 042906 | 200DB | 7.00 | 17 | 1,848. | | | 1,848. | 1,848. | | 0. |
| 57 | OFFICE DECOR | 093005 | 200DB | 7.00 | 17 | 2,174. | | | 2,174. | 2,154. | | 0. |
| 58 | DESKS CREDENZA | 100306 | 200DB | 7.00 | 17 | 1,394. | | | 1,394. | 1,338. | | 0. |
| 59 | OFFICE FURNITURE | 033105 | 200DB | 7.00 | 17 | 2,032. | | | 2,032. | 2,032. | | 0. |
| 60 | CHAIRS | 092106 | 200DB | 7.00 | 17 | 1,200. | | | 1,200. | 1,076. | | 0. |

829,120
04-01-16

(D) - Asset disposed

* ITC, Section 179, Salvage, Bonus, Commercial Revitalization Deduction

2016 DEPRECIATION AND AMORTIZATION REPORT
- CURRENT YEAR FEDERAL -  BORDER MEDICAL SPECIALISTS, P.A.
DBA CANCER TREATMENT INSTITUTE

| Asset No. | Description | Date Acquired | Method | Life | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Reduction in Basis | Basis For Depreciation | Accumulated Depreciation | Current Sec 179 | Current Year Deduction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61 | CHAIRS | 063005 | 200DB | 7.00 | 17 | 1,516. | | | 1,516. | 1,516. | | 0. |
| 62 | FIXTURES ART | 102703 | 200DB | 7.00 | 17 | 2,771. | | | 2,771. | 2,771. | | 0. |
| 63 | SHELVES | 092106 | 200DB | 7.00 | 17 | 780. | | | 780. | 772. | | 0. |
| 64 | SHELVES | 092106 | 200DB | 7.00 | 17 | 710. | | | 710. | 699. | | 0. |
| 65 | ORIENTAL RUG | 083105 | 200DB | 7.00 | 17 | 800. | | | 800. | 792. | | 0. |
| 66 | FIXTURES ART / DECOR | 092503 | 200DB | 7.00 | 17 | 1,635. | | | 1,635. | 1,635. | | 0. |
| 67 | FIXTURES ART / DECOR | 092403 | 200DB | 7.00 | 17 | 1,589. | | | 1,589. | 1,589. | | 0. |
| 68 | CARPET & BASE | 122903 | 200DB | 7.00 | 17 | 1,478. | | | 1,478. | 1,478. | | 0. |
| 69 | PTINTS CHARMIN | 123104 | 200DB | 7.00 | 17 | 1,249. | | | 1,249. | 1,249. | | 0. |
| 70 | DECORATIONS | 013105 | 200DB | 7.00 | 17 | 601. | | | 601. | 601. | | 0. |
| 71 | CHAIRS | 062403 | 200DB | 7.00 | 17 | 1,074. | | | 1,074. | 1,074. | | 0. |
| 72 | FURNITURE | 122903 | 200DB | 7.00 | 17 | 900. | | | 900. | 900. | | 0. |
| 73 | FIXTURES ART | 062798 | 200DB | 7.00 | 17 | 1,516. | | | 1,516. | 1,516. | | 0. |
| 74 | BOOK SHELVES | 051701 | 200DB | 7.00 | 17 | 1,036. | | | 1,036. | 1,036. | | 0. |
| 75 | AFRICAN RUG | 053105 | 200DB | 7.00 | 17 | 306. | | | 306. | 306. | | 0. |
| 76 | VARIOUS FURNITURE | 102703 | 200DB | 7.00 | 17 | 24,081. | | | 24,081. | 24,081. | | 0. |
| 77 | FURNITURE | 043003 | 200DB | 7.00 | 17 | 7,800. | | | 7,800. | 7,800. | | 0. |
| 78 | FURNITURE | 052803 | 200DB | 7.00 | 17 | 5,573. | | | 5,573. | 5,573. | | 0. |

628102
04-01-15

(D) - Asset disposed

* ITC, Section 179, Salvage, Bonus, Commercial Revitalization Deduction

**2015 DEPRECIATION AND AMORTIZATION REPORT**
**– CURRENT YEAR FEDERAL –**  **BORDER MEDICAL SPECIALISTS, P.A.**
**DBA CANCER TREATMENT INSTITUTE**

| Asset No. | Description | Date Acquired | Method | Life | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Reduction in Basis | Basis For Depreciation | Accumulated Depreciation | Current Sec 179 | Current Year Deduction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 79 | FIXTURES ART / DECOR | 122403 | 200DB | 7.00 | 17 | 1,704. | | | 1,704. | 1,704. | | 0. |
| 80 | FIXTURES | 042803 | 200DB | 7.00 | 17 | 843. | | | 843. | 843. | | 0. |
| 81 | FIXTURES ART / DECOR | 092503 | 200DB | 7.00 | 17 | 309. | | | 309. | 309. | | 0. |
| 82 | FURNITURE & FIXTURES | 033197 | 200DB | 7.00 | 17 | 5,852. | | | 5,852. | 5,852. | | 0. |
| 83 | FURNITURE & FIXTURES | 043097 | 200DB | 7.00 | 17 | 4,928. | | | 4,928. | 4,928. | | 0. |
| 84 | FURNITURE & FIXTURES | 053197 | 200DB | 7.00 | 17 | 2,793. | | | 2,793. | 2,793. | | 0. |
| 85 | FURNITURE & FIXTURES | 073197 | 200DB | 7.00 | 17 | 2,543. | | | 2,543. | 2,543. | | 0. |
| 86 | FURNITURE | 093097 | 200DB | 7.00 | 17 | 514. | | | 514. | 514. | | 0. |
| 87 | FURNITURE | 062503 | 200DB | 7.00 | 17 | 8,048. | | | 8,048. | 8,048. | | 0. |
| 88 | FURNITURE | 072303 | 200DB | 7.00 | 17 | 9,011. | | | 9,011. | 9,011. | | 0. |
| 89 | FURNITURE | 092403 | 200DB | 7.00 | 17 | 5,760. | | | 5,760. | 5,760. | | 0. |
| 90 | FURNITURE | 102703 | 200DB | 7.00 | 17 | 847. | | | 847. | 847. | | 0. |
| 91 | FURNITURE | 102703 | 200DB | 7.00 | 17 | 1,123. | | | 1,123. | 1,123. | | 0. |
| 92 | FURNITURE | 102703 | 200DB | 7.00 | 17 | 3,150. | | | 3,150. | 3,150. | | 0. |
| 93 | FURNITURE | 102703 | 200DB | 7.00 | 17 | 9,774. | | | 9,774. | 9,774. | | 0. |
| 94 | FURNITURE | 112403 | 200DB | 7.00 | 17 | 325. | | | 325. | 318. | | 0. |
| 95 | FURNITURE | 112403 | 200DB | 7.00 | 17 | 799. | | | 799. | 799. | | 0. |
| 96 | FURNITURE | 112403 | 200DB | 7.00 | 17 | 1,990. | | | 1,990. | 1,990. | | 0. |

526102
04-01-15

(D) - Asset disposed

* ITC, Section 179, Salvage, Bonus, Commercial Revitalization Deduction

**2015 DEPRECIATION AND AMORTIZATION REPORT**

**- CURRENT YEAR FEDERAL -    BORDER MEDICAL SPECIALISTS, P.A.**

**DBA CANCER TREATMENT INSTITUTE**

| Asset No. | Description | Date Acquired | Method | Life | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Current Sec 179 | Current Year Deduction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 108 | FURNITURE & FIXTURES | | 200DB | 5.00 | 19B | | | | | | | 0. |
| 121 | OFFICE ART | 010611 | 200DB | 7.00 | 17 | 1,442. | | 1,442. | | | | 0. |
| 122 | OFFICE FURNITURE | 091911 | 200DB | 7.00 | 17 | 55,015. | | 55,015. | | | | 0. |
| | * OTHER TOTAL - | | | | | 267,372. | | 56,457. | 210,915. | 208,484. | | 0. |
| 104 | COMPUTER SOFTWARE | 012108 | 200DB | 3.00 | 17 | 10,392. | | | 10,392. | 10,392. | | 0. |
| 105 | VARIAN | 122208 | 200DB | 3.00 | 17 | 37,091. | | | 37,091. | 37,091. | | 0. |
| 109 | COMPUTER SOFTWARE | | 200DB | 5.00 | 19B | | | | | | | 0. |
| 112 | MACXPTRS | 090710 | 200DB | 3.00 | 17 | 2,764. | | 1,382. | 1,382. | 1,382. | | 0. |
| 129 | BARCODE SOFTWARE | 013013 | 200DB | 3.00 | 17 | 2,619. | | 1,310. | 1,309. | 1,018. | | 194. |
| 131 | SOFTWARE | 032913 | 200DB | 3.00 | 17 | 1,189. | | 595. | 594. | 462. | | 88. |
| | * OTHER TOTAL - | | | | | 56,868. | | 4,694. | 52,174. | 51,439. | | 490. |
| 102 | ELECTRIC FOR EQUIP | 092706 | 200DB | 7.00 | 17 | 3,531. | | | 3,531. | 3,484. | | 0. |

(D) - Asset disposed

* ITC, Section 179, Salvage, Bonus, Commercial Revitalization Deduction

**2016 DEPRECIATION AND AMORTIZATION REPORT**

**– CURRENT YEAR FEDERAL –   BORDER MEDICAL SPECIALISTS, P.A.**
**DBA CANCER TREATMENT INSTITUTE**

| Asset No. | Description | Date Acquired | Method | Life | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Current Sec 179 | Current Year Deduction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 103 | DELL MARKETING | 103106 | 200DB | 5.00 | 17 | 4,328. | | | 4,328. | 4,148. | | 0. |
| | | | | | | | | | | | | 0. |

(D) - Asset disposed

* ITC, Section 179, Salvage, Bonus, Commercial Revitalization Deduction

**Fill in this information to identify the case:**

Debtor name __Border Medical Specialists, P.A.__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF TEXAS__

Case number (if known) __16-31056__

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:** **List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** **Dell Financial Services, LLC**
Creditor's Name

Mail Stop-PS2DF-23
One Dell Way
Round Rock, TX 78682
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Certain computer equipment. Claim paid off. Scheduled since UCC is still filed of record.**

Describe the lien
**UCC filed of record with Texas SOS**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

| $0.00 | $0.00 |

**2.2** **El Paso Tax Assessor/Collector**
Creditor's Name

221 N. Kansas, Ste. 300
El Paso, TX 79901
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**0334**

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**Personal Property Taxes (7825 N. Mesa)**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

| $82,000.00 | $82,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Border Medical Specialists, P.A.** | Case number (if known) | **16-31056** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.3 | **El Paso Tax Assessor/Collector** | Describe debtor's property that is subject to a lien | $20,901.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Personal Property Taxes (1400 George Dieter)** | | |

**221 N. Kansas, Ste. 300
El Paso, TX 79901**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**0050**

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.4 | **Propel Financial Services** | Describe debtor's property that is subject to a lien | $100,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Lien on radiology equipment for personal property taxes.** | | |

**7990 IH 10 W, Ste. 200
San Antonio, TX 78230**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **United Bank of El Paso Del Norte** | Describe debtor's property that is subject to a lien | $2,400,000.00 | $2,559,026.20 |
|---|---|---|---|---|
| | Creditor's Name | **Blanket lien on P.A. assets and on assets of an affiliate, Ladida Land Co.** | | |

**c/o Kemp Smith
Att'n: James W. Brewer
P.O. Box 2800
El Paso, TX 79999**
Creditor's mailing address

Describe the lien

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor **Border Medical Specialists, P.A.**
Name

Case number (if know) **16-31056**

---

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

| $2,602,901.00 |

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

---

Official Form 206D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 3 of 3

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name __**Border Medical Specialists, P.A.**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF TEXAS__

Case number (if known) __**16-31056**__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**IRS Insolvency Office**<br>**300 E. 8th Street, Mail Stop**<br>**5026AUS**<br>**Austin, TX 78701** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**Notice** |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| **2.2** Priority creditor's name and mailing address<br>**United States Attorney**<br>**Civil Process Clerk-**<br>**Internal Revenue Service**<br>**601 N.W. Loop 410, Suite 600**<br>**San Antonio, TX 78216** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**Notice** |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    50390                    Best Case Bankruptcy

| Debtor | **Border Medical Specialists, P.A.** | Case number (if known) | **16-31056** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**United States Attorney General**
**Department of Justice**
**950 Pennsylvania Avenue, N.W.**
**Washington, DC 20530**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:**  **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $3,212.00 |
|---|---|---|---|

**Abbvie**
**1 North Waukegan Road**
**North Chicago, IL 60064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $895,595.00 |
|---|---|---|---|

**Accelerator Service & Parts, LLC**
**c/o Stuart Schwartz, Esq.**
**201 E. Main Street**
**El Paso, TX 79901**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Default Judgment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Capital Now, LLC**
**Att'n: Coy Jones**
**1100 Judson Rd., #722**
**Longview, TX 75601**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David R. Pierce**
**Pierce and Little, P.C.**
**221 N. Kansas, Suite 1301**
**El Paso, TX 79901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Edward DeV Bunn**
**415 N. Mesa, Ste. 300**
**El Paso, TX 79901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Border Medical Specialists, P.A.** | Case number (if known) | **16-31056** |
|---|---|---|---|
| | Name | | |

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

Frank S. Ainsa, Jr.
5809 Acacia Cir.
El Paso, TX 79912

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,205,354.30**

General Electric Capital Corporation
c/o Locke Lord, LLP
600 Travis St., Ste. 2800
Houston, TX 77002

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Certain equipment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,205,354.30**

General Electric Capital Corporation
c/o Locke Lord, LLP
600 Travis St., Ste. 2800
Houston, TX 77002

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Deficiency after collateral surrendered**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$34.87**

Henry Schein
135 Duryea Rd.
Melville, NY 11747

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,000,000.00**

Key Equipment Finance, Inc.
c/o Clyde Pine, Esq.
Stanton Tower
100 N. Stanton, Ste. 1000
El Paso, TX 79901

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Judgment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

Marc Connelly
Assistant General Counsel
Department of State Health Services
1100 W. 49th Street
Austin, TX 78756-3199

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,912.76**

Medical Billing Unlimited, Inc.
5959 Gateway West, Ste. 120
El Paso, TX 79925

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Border Medical Specialists, P.A.** | Case number (if known) | **16-31056** |
|---|---|---|---|
| | Name | | |

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,250.00**

**Precess Medical Derivatves, Inc.**
404 White Oak Ridge Rd.
Short Hills, NJ 07078

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Ron Ingalls**
**Chapter 7 Trustee**
P.O. Box 2867
Fredericksburg, TX 78624

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Samuel Milam**
201 Copan Ct.
Clint, TX 79836

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$109.22**

**Southwestern Mill Distributors, Inc.**
310 N. Dallas St.
P.O. Box 1202
El Paso, TX 79947

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$99.00**

**The New England Journal of Medicine**
860 Winter Street
Waltham, MA 02451

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$474.33**

**Trane US, Inc.**
P.O. Box 845053
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$920.11**

**Transtelco, Inc.**
500 W. Overland Ave., Ste. 310
El Paso, TX 79901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**

Debtor  **Border Medical Specialists, P.A.**                     Case number (if known)   **16-31056**
_____
Name

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.  $ | 0.00 |
| 5b. Total claims from Part 2 | 5b.  + $ | 13,330,315.89 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c.  $ | 13,330,315.89 |

Fill in this information to identify the case:

Debtor name   **Border Medical Specialists, P.A.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS

Case number (if known)   **16-31056**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**      State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | 1400 George Dieter, Ste. 170 |
|---|---|---|
| | | 1400 George Dieter, 2 Radiation vault spaces |
| | State the term remaining | Foundation Health Care REIT c/o Robert R. Feuille 201 East Main Dr. El Paso, TX 79901 |
| | List the contract number of any government contract | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | 7825 North Mesa Street |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Ladida Land Co. 4925 Olmos Street El Paso, TX 79922 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Border Medical Specialists, P.A.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)  **16-31056**

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Murray Vann | 748 Camino Real<br>Santa Teresa, NM 88008 | United Bank of El Paso Del Norte | ■ D   2.5<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | Teresa Anne Reed | 4925 Olmos<br>El Paso, TX 79922 | Key Equipment Finance, Inc. | ☐ D ____<br>■ E/F   3.10<br>☐ G ____ |
| 2.3 | Teresa Anne Reed | 4925 Olmos<br>El Paso, TX 79922 | Accelerator Service & Parts, LLC | ☐ D ____<br>■ E/F   3.2<br>☐ G ____ |
| 2.4 | Teresa Anne Reed | 4925 Olmos<br>El Paso, TX 79922 | Capital Now, LLC | ☐ D ____<br>■ E/F   3.3<br>☐ G ____ |
| 2.5 | Teresa Anne Reed | 4925 Olmos<br>El Paso, TX 79922 | General Electric Capital Corporation | ☐ D ____<br>■ E/F   3.7<br>☐ G ____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Border Medical Specialists, P.A.** | Case number *(if known)* | **16-31056** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* Codebtor                                                          *Column 2:* Creditor

| 2.6 | Teresa Anne Reed | 4925 Olmos El Paso, TX 79922 | United Bank of El Paso Del Norte | ■ D __2.5__ ☐ E/F ____ ☐ G ____ |

Fill in this information to identify the case:

Debtor name  **Border Medical Specialists, P.A.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)  **16-31056**

☐ Check if this is an
amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended Schedule

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7/26/2016    X _____
                           Signature of individual signing on behalf of debtor

                           **Teresa A. Reed, M.D.**
                           Printed name

                           **President**
                           Position or relationship to debtor

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name __**Border Medical Specialists, P.A.**__

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known) __**16-31056**__

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

**1.  Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  1/01/2016 to Filing Date | ☑ Operating a business <br> ☐ Other _____ | __$1,562,143.76__ |
| **For prior year:** From  1/01/2015 to 12/31/2015 | ☑ Operating a business <br> ☐ Other _____ | $2,166,338.19 |
| **For year before that:** From  1/01/2014 to 12/31/2014 | ☑ Operating a business <br> ☐ Other _____ | $2,554,209.00 |

**2.  Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3.  Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor | **Border Medical Specialists, P.A.** | Case number (*if known*) | **16-31056** |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 3.1. **Debtor will supplement with a list** | | $0.00 | *Check all that apply*<br>■ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>■ Other **General overhead expenses** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Teresa A. Reed, MD**<br>**4925 Olmos St.**<br>**El Paso, TX 79922** | 01/2015<br>through<br>12/2015 | $222,000.00 | **Compensation**<br>**Treating physician's salary** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Accelerator v. Border Medical**<br>**2015DCV3481** | **Foreign Judgment** | **41st Judicial District Court**<br>**500 E. San Antonio, Ave.,**<br>**Ste. 1006**<br>**El Paso, TX 79901** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor  **Border Medical Specialists, P.A.**                                                                 Case number (if known)  **16-31056**

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **City of El Paso vs. Ladida Land Company LLC, Teresa Reed, Border Medical Specialist, P.A., Mullen Telles, Inc., Propel Financial Services, LLC, Wilmington Trust, National Association, Trustee 2015DTX1190** | | **327th District Court 500 E. San Antonio El Paso, TX 79901** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

---

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Accelerator Service & Parts, LLC c/o Stuart Schwartz, Esq. 201 E. Main Street El Paso, TX 79901** | | **$0.00** |
| | Case title **Accelerator v. Border Medical** Case number **2015DCV3481** Date of order or assignment | Court name and address **41st Judicial District Court 500 E. San Antonio, Ste. 1006 El Paso, TX 79901** |

---

**Part 4:  Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:  Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|
| **None other than any which may be reflected in the 2015 tax Return** | | | **$0.00** |

---

**Part 6:  Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor  **Border Medical Specialists, P.A.**                     Case number (if known)  **16-31056**

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Miranda & Maldonado, P.C.** **5915 Silver Springs, Bldg. 7** **El Paso, TX 79912** | **Cash** | **01/19/2016** | **$30,000.00** |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |
| 11.2. **E.P. BUD KIRK** **600 Sunland Park Dr.** **Building Four, Ste. 400** **El Paso, TX 79912** | **Attorney Fees** | **7/11/2016** | **$1,000.00** |
| Email or website address budkirk@aol.com | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:  Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | Dates of occupancy From-To |
|---|---|---|
| 14.1. **7825 North Mesa** **El Paso, TX 79912** | | **2011-2013** |

**Part 8:  Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

| Debtor | **Border Medical Specialists, P.A.** | Case number *(if known)* **16-31056** |
|---|---|---|

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. **Cancer Treatment Institute 1400 George Dieter Road, Ste. 170 El Paso, TX 79936** | **The Debtor operates a radiation oncologist business** | |

| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br>**1400 George Dieter Road-Current files.<br>7825 N. Mesa Street-Archives, servers and follow up patient appoitments.** | How are records kept?<br>*Check all that apply:* |
|---|---|---|
| | | ☑ Electronically<br>☑ Paper |

---

**Part 9:**  **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

> **Social security number, insurance account information, medical history**

Does the debtor have a privacy policy about that information?
☐ No
☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

> ☐ No Go to Part 10.
> ☑ Yes. Fill in below:
>
> | Name of plan<br>**Vanguard SEP-IRS** | Employer identification number of the plan<br>EIN:  **74-2687015** |
> |---|---|
>
> Has the plan been terminated?
> ☑ No
> ☐ Yes

---

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. **United Bank of El Paso Del Norte 401 E. Main Street El Paso, TX 79901** | XXXX-9369 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | $0.00 |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Border Medical Specialists, P.A.** | Case number *(if known)* **16-31056** |
|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| 7825 N. Mesa St.<br>El Paso, TX 79932 | Teresa Anne Reed, M.D.<br>All employees | Medical records, computers, copiers, tables, disks, reception furniture. | ☐ No<br>☑ Yes |

---

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Border Medical Specialists, P.A.** | Case number *(if known)* **16-31056** |
|---|---|---|

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Tammy Vasilatos, CPA** **118 Mesa Park Drive, Ste. 300** **El Paso, TX 79912** | **2009-current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Tammy Vasilatos, CPA** **118 Mesa Park Drive, Ste. 300** **El Paso, TX 79912** | **2009-current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1. **United Bank of El Paso Del Norte**
**c/o Kemp Smith**
**Att'n: James W. Brewer**
**P.O. Box 2800**
**El Paso, TX 79999**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Border Medical Specialists, P.A.** | | Case number (if known) | **16-31056** |
|--------|--------------------------------------|---|------------------------|--------------|

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Teresa A. Reed, MD | 4925 Olmos Drive<br>El Paso, TX 79922 | President | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | Teresa A. Reed<br>4925 Olmos Street<br>El Paso, TX 79922 | 185,000.00<br>37,000.00 | 1-1-16 to filing date<br>7-1-15 to<br>7-31-15 | Compensation for services. |
| | Relationship to debtor<br>Sole shareholder, sole director, President, treating physician | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Vanguard SEP-IRA | EIN: |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Border Medical Specialists, P.A.** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS |
| Case number (if known) | **16-31056** |

☐ Check if this is an
amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _7/26/2016_

_Teresa A. Reed_
Signature of individual signing on behalf of the debtor

**Teresa A. Reed, M.D.**
Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes